Patricia Peden (State Bar No. 206440)
Patricia.Peden@leclairryan.com
Christopher Waldon (State Bar No. 310179)
Christopher.Waldon@leclairryan.com
LECLAIRRYAN, LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 913-4912
Telefax: (415) 391-8766

Attorneys for Petitioners
Liu Luwei and Lv Dezheng

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIU LUWEI, an individual, and LV DEZHENG, an individual,<br><br>Petitioners,<br><br>vs.<br><br>PHYTO TECH CORP., a California corporation,<br><br>Respondent. | Misc. Proceeding No.<br><br>**AFFIDAVIT OF WING KEUNG CLEMENT NGAI**<br><br>Trial Date: None Set |

I, Wing Keung Clement Ngai, declare:

1. I am an attorney at law practicing in Shanghai, China. I am a partner in the Shanghai office of Baker & McKenzie, LLP. My business address is Unit 1601, Jin Mao Tower, 88 Century Avenue, Pudong, Shanghai, China 200121.

2. I make this Affidavit in support of the Petitioners' Petition to Recognize, Confirm and Enforce Foreign Arbitration Award in this matter.

3. I represented the Petitioners, Lv Dezheng and Liu Luwei, in the events summarized below. The contents of this Affidavit are true of my own personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

4. On February 5, 2015, Petitioner Lv Dezheng, acting on behalf of Petitioner Liu Luwei, entered into a Shareholding Assignment Agreement with Respondent for the sale to

Respondent of a 100% shareholding in Teejoy, as defined above. ("The Agreement"). A true and correct copy of the original Agreement is attached as **Exhibit 1** and is incorporated herein by reference. A certified English translation of the Agreement is attached as **Exhibit 2** and is incorporated herein by reference.

5. The Agreement was revised and re-executed on February 6, 2015 and March 5, 2015 in order to comply with regulatory requirements in the People's Republic of China. A true and correct copy of the original revised Agreement executed on February 6, 2015 is attached as **Exhibit 3** and is incorporated herein by reference. A certified English translation of the revised Agreement executed on February 6, 2015 is attached as **Exhibit 4** and incorporated herein by reference.

6. A true and correct copy of the original re-revised Agreement executed on March 5, 2015 is attached as **Exhibit 5** and incorporated herein by reference. A certified English translation of the re-revised Agreement executed on March 5, 2015 is attached as **Exhibit 6** and incorporated herein by reference.

7. Pursuant to the Agreement, Petitioners transferred their shareholding in Teejoy to Respondent. However, Respondent failed to pay the agreed consideration for the shares.

8. The parties' dispute was submitted to arbitration by the Shanghai International Economic and Trade Arbitration Commission ("The Commission") pursuant to the parties agreement as evidenced in relevant dispute resolution provision in the Agreement and the revised Agreements. A true and correct copy of the Arbitration Petition is attached as **Exhibit 7** and incorporated herein by reference. A certified English translation of the Arbitration Petition is attached as **Exhibit 8** and incorporated herein by reference.

9. On June 2, 2016, the Commission gave notice of the composition of the Arbitral Tribunal, a true and correct copy of which is attached as **Exhibit 9** and incorporate herein by reference. A certified English copy of the Notice of Composition of Arbitral Tribunal is attached as **Exhibit 10** and incorporated herein by reference.

10. The Commission held the first hearing on 22 July 2016 and a second hearing on 26 October 2016. In both hearings, the Respondent was represented by its attorneys of Grandall

(Shanghai) Law Office.

11. On May 2, 2017, the Commission made an arbitration award ("The Arbitration Award"), a true and correct copy of the original Arbitration Award is attached as **Exhibit 11** and incorporated by reference. A certified English translation of the Arbitration Award is attached as **Exhibit 12** and incorporated herein by reference. The Commission ordered as follows:

(I) Order the Respondent to pay RMB 34 million Yuan to two Claimants for shareholding assignment;

(II) Order the Respondent to pay RMB 676,000 Yuan of liquidated damages due to overdue payment to two Claimants as of February 22, 2016;

(III) Dismiss other arbitration claims raised by two Claimants;

(IV) The arbitration fee of arbitration claims from two Claimants in this case was RMB 590,260 Yuan. Two Claimants shall undertake RMB 100,000 Yuan and the Respondent shall pay RMB 490,260 Yuan. As two Claimants had paid all arbitration fees in advance, the Respondent shall pay RMB 490,260 Yuan to two Claimants;

(V) Dismiss all arbitration counterclaims raised by the Respondent;

(VI) The Respondent shall bear the arbitration fees of RMB 248,750 Yuan for arbitration counterclaims.

The payments in the above mentioned Item (I), (II) and (IV) shall be paid to two Claimants by the Respondent within 10 days upon service of the Arbitration Award. This arbitration is final and takes effect from the date of rendering. [See **Exhibits 11-12**]

12. On July 14, 2017, Respondent appealed the Arbitration Award to the Shanghai No. 2 Intermediate People's Court of the People's Republic of China ("The SH No.2 Intermediate Court"). A true and correct copy of Respondent's appeal is attached as **Exhibit 13** and incorporated herein by reference. A certified English translation of Respondent's appeal is attached as **Exhibit 14** and incorporated herein by reference.

13. On August 2, 2017, the SH No.2 Intermediate Court rejected Respondent's appeal and affirmed the Arbitration Award. A true and correct copy of the Intermediate Court's ruling is

attached as **Exhibit 15** and incorporated herein by reference. A certified copy of the SH No.2 Intermediate Court's ruling is attached as **Exhibit 16** and incorporated herein by reference.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on  14/3/ 2018  at Unit 1601, Jin Mao Tower, 88 Century Avenue, Pudong, Shanghai, China 200121.

_____
Wing Keung Clement Ngai