```
1   CHRISTOPHER WALDON (SBN 310179)
    Christopher.Waldon@leclairryan.com
2   PATRICIA L. PEDEN (SBN 206440)
    Patricia.peden@leclairryan.com
3   LECLAIRRYAN, LLP
    44 Montgomery Street, Suite 3100
4   San Francisco, California 94104
    Telephone: (415) 913-4912
5   Telefax: (415) 391-8766
6
    Attorneys for Petitioners
7   LIU LUWEI and LV DEZHENG
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIU LUWEI, an individual, and LV DEZHENG, an individual,<br><br>Petitioners,<br><br>v.<br><br>PHYTO TECH CORP., a California corporation,<br><br>Respondents. | Case No.: 18-cv-02174-JFW-GJS<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, Christopher J.C. Waldon, declare and stat as follows:

1. I am an attorney at law licensed to practice before this Court and Counsel at the law firm of LeClairRyan, LLP

2. In my capacity as Counsel, I am lead trial counsel assigned to represent Liu Luwei and Lv Dezheng in the above-entitled matter.

3. I am registered as an "ECF User" with the district of the above-entitled Court.

4. My email address of record is Christopher.waldon@leclairryan.com.

5. I consent to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. If called on to testify to the foregoing, I would and could competently testify thereto.

Executed this 21st day of March 20218, at San Francisco, California.

Respectfully Submitted,

DATED: March 21, 2018

L<small>E</small>C<small>LAIR</small>R<small>YAN</small>, LLP

By: _____
Christopher Waldon, Esq.

Attorney for Petitioners
*LIU LUWEI and LV DEZHENG*

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is LeClairRyan, LLP, 44 Montgomery Street, Suite 3100, San Francisco, CA 94104.

On this 21st day of March 2018, I served. **Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing** on the person or entity named below enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day the correspondence is placed for collection and mailing it is deposited in the ordinary course of the business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing March 21, 2018, Place of mailing: San Francisco, CA.

Person(s) and/or Entity(s) to whom mailed:

**Phyto Tech Corp.
c/o Joan Chen
30111 Tomas
Rancho Santa Margarita, CA 92688**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2018, San Francisco, California

*/s/ Adriana L. Lawrence*
Adriana L. Lawrence

Case No. 18-CV-02174-JFW-GJS
PROOF OF SERVICE