1 | Patricia Peden (State Bar No. 206440)
2 | Patricia.Peden@leclairryan.com
  | Christopher Waldon (State Bar No. 310179)
3 | Christopher.Waldon@leclairryan.com
  | LECLAIRRYAN, LLP
4 | 44 Montgomery Street, Suite 3100
  | San Francisco, California 94104
5 | Telephone: (415) 913-4912
  | Telefax: (415) 391-8766
6 |
7 | Attorneys for Petitioners
  | *LIU LUWEI and LV DEZHENG*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIU LUWEI, an individual, and LV DEZHENG, an individual, | Case No. 18-cv-02174-JFW-GJS |
| Petitioners, | **NOTICE OF MOTION** |
| vs. | |
| PHYTO TECH CORP., a California corporation, | |
| Respondent. | |

Petitioners, LIU LUWEI and LV DEZHENG ("Petitioners"), hereby submits its Notice of Motion of the Motion for Leave to File Reply to Respondent PHYTO TECH CORP's Opposition to Petitioners' Verified Petition for recognition, confirmation and enforcement of the Arbitration Award by not more than 28 days (L.R. 6.1).

Respectfully Submitted,

DATED: May 24, 2018     **LeClairRyan, LLP**

By:  /s/ *Christopher Waldon*
       Christopher Waldon, Esq.

*Attorney for Petitioners*
*LIU LUWEI and LV DEZHENG*