*NOTE CHANGES MADE BY COURT*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIU LUWEI, an individual, and LV DEZHENG, an individual,<br><br>Petitioners,<br><br>v.<br><br>PHYTO TECH CORP., a California corporation,<br><br>Respondents. | Case No.: 18-cv-02174-JFW-(GJSx)<br>**FINAL JUDGMENT** |

Pursuant to the Court's June 18, 2018 Minute Order Granting Petitioners' Petition to Recognize, Confirm, and Enforce Arbitration Award filed by Petitioners Liu Luwei and Lv Dezheng (collectively, "Petitioners"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

1. The Arbitral Award of the Shanghai International Economic and Trade Arbitration Commission, dated May 2, 2017, Case No. ST2016016, is confirmed in its entirety;

2. Judgment is entered in favor of Petitioners against Respondent Phyto Tech Corp. in the amount of RMB 35,166,260.00 Yuan or U.S. Dollar equivalent as of the date of judgment; and

3. Petitioners shall file any Motion for an Award of Attorneys' Fees and Costs in accordance with the Court's Standing Order and the Local Rules.

DATED: June 21, 2018

By: _____
John F. Walter
United States District Court Judge