**DENIED**
BY ORDER OF THE COURT

*Without prejudice to filing a noticed Motion - 11/5/18*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIU LUWEI, an individual, and LV DEZHENG, an individual,<br><br>Petitioners,<br><br>v.<br><br>PHYTO TECH CORP., a California corporation,<br><br>Respondent. | Case No. 18-cv-02174-JFW-(GJSx)<br><br>**ORDER GRANTING REQUEST BY JUDGMENT CREDITORS/PETITIONERS FOR RECOGNITION OF ADDITIONAL NAME OF JUDGMENT DEBTOR/RESPONDENT AS TO WRIT OF EXECUTION** |

Pursuant to the *Request by Judgment Creditors/Petitioners for Recognition of Additional Name of Judgment Debtor/Respondent as to Writ of Execution; Declaration of Liu Luwei in Support* ("Request for Recognition"), filed on November 5, 2018, as Docket No. 73, having been reviewed by the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT:**

The Request for Recognition is **GRANTED** in full, and for the purposes of enforcement of judgment by and through a Writ of Execution, the additional identity of PHYTO TECH CORP. is recognized as follows:

PHYTO TECH CORP. dba BLUE CALIFORNIA CO.

-1-