UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-2174-JFW(GJSx)**                                    Date:  December 26, 2018

Title:     Liu Luwei, et al. -v- Phyto Tech Corp.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                                              None

PROCEEDINGS (IN CHAMBERS):     ORDER GRANTING MOTION BY JUDGMENT CREDITORS/PETITIONERS REQUESTING RECOGNITION OF ADDITIONAL NAME OF JUDGMENT DEBTOR/RESPONDENT AS TO WRIT OF EXECUTION [filed 11/20/2018; Docket No. 76]

   On November 20, 2018, Judgment Creditors Liu Luwei and Lv Dezheng (collectively, the "Judgment Creditors") filed a Motion Requesting Recognition of Additional Name of Judgment Debtor/Respondents as to Writ of Execution ("Motion"). Phyto Tech Corp. (the "Judgment Debtor") did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 7, 2019 is hereby vacated and the matter taken off calendar. After considering the moving papers and the arguments therein, the Court rules as follows:

   Pursuant to Local Rule 7-9, the Judgment Debtor was required to file and serve its Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or December 17, 2018. *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. As of December 25, 2018, the Judgment Debtor has not filed an Opposition to the Judgment Creditors' Motion. Pursuant to Local Rule 7-12, the Court deems the Judgment Debtor's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of the Judgment Creditors' Motion.

Accordingly, the Judgment Creditors' Motion is **GRANTED**.   For the purposes of enforcement of the judgment by and through a Writ of Execution, the additional identity of PHYTO TECH CORP. is recognized as follows:

PHYTO TECH CORP. dba BLUE CALIFORNIA CO.

IT IS SO ORDERED.