UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-2174-JFW (GJS) | Date | December 28, 2018 |
|---|---|---|---|
| Title | Liu Luwei v. Phyto Tech Corp. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** The Court Responds Regarding Notice of Discovery Dispute

The Court is in receipt of the Parties' separate letter briefs seeking Court intervention on a discovery dispute. The letters are not in compliance with the Court's procedures, but it appears both sides agree that Judgment Debtor has refused to produce documents absent entry by the Court of a Protective Order. The Parties submitted a first stipulated protective order that was woefully inadequate. The Parties were ordered to submit a new version, which they did on December 20, 2018, when the Court was dark. The Court will review the revised draft in due course. However, lack of an entered order is no reason for Judgement Debtor to withhold discovery, particularly in light of the fact that the parties have stipulated as to how they will treat information that is marked confidential. Judgment Creditor is therefore ordered to begin production right away.

**IT IS SO ORDERED.**